# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

ROBERT STOLTZ,

      Petitioner,

vs.

D.W. NEVEN, *et al.*,

      Respondents.

Case No. 2:15-cv-00511-APG-VCF

**ORDER**

      This action is a *pro se* petition for a writ of habeas corpus filed pursuant to 28 U.S.C. § 2254 by a Nevada state prisoner.  Respondents have filed a motion for an extension of time in which to file a response to the petition for a writ of habeas corpus.  (Dkt. #9).  Respondents seek an extension of time, up to and including March 4, 2016, to file a response.  Having reviewed the motion and good cause appearing, respondents' motion is granted.

      **IT IS THEREFORE ORDERED** that respondents' motion for an extension of time to file a response to the petition (dkt. #9) is **GRANTED.**  The response shall be filed on or before **March 4, 2016.**

      Dated: January 26, 2016.

_____
ANDREW P. GORDON
UNITED STATES DISTRICT JUDGE